

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

No. 08-25-00261-CV

Martinez Antonio Hernandez, Jose Adan Rodriguez,
and Jose Jiovani Hernandez, Appellants

v.

Felipe Ramirez, Appellee

On Appeal from the County Court at Law
Bastrop County, Texas
Trial Court No. 25-22875

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellants' brief was originally due on December 5, 2025. Appellants moved for one extension, which this Court granted, extending the deadline to January 19, 2026. On

January 26, 2026, we issued a notice advising Appellants that unless their brief was filed within ten days, we might dismiss the appeal for want of prosecution. Appellants neither timely filed a brief nor requested a second extension. *See* Tex. R. App. P. 38.8(a)(1) (authorizing an appellate court to dismiss an appeal for want of prosecution when the appellant fails to file an appellant's brief).

Accordingly, we dismiss the appeal for want of prosecution. Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f). We dismiss all pending motions as moot.


MARIA SALAS MENDOZA, Chief Justice

February 11, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.